UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROY EL,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF LAS VEGAS DETENTION CENTER *et al*.,<br><br>        Defendants. | Case No.: 2:19-cv-00951-JAD-EJY<br><br>**ORDER** |

On September 4, 2019, the Court issued its Order granting Plaintiff's application to proceed *in forma pauperis* and dismissing his complaint without prejudice. ECF No. 6. In that Order, Plaintiff was given 30 days to file an amended complaint. Absent such a filing, Plaintiff was told that the Court might recommend his case be dismissed with prejudice. *Id*.

On October 24, 2019, Plaintiff filed a change of address (ECF No. 8). Hence, it is possible Plaintiff did not receive the Court's prior Order.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall send a copy of the Court's September 4, 2019 Order (ECF No. 6), together with a copy of this Order, to Plaintiff at his new address.

IT IS FURTHER ORDERED that Plaintiff shall have 30 days from the date of this Order to file an amended complaint. If Plaintiff chooses to file an amended complaint, the document must be titled "Amended Complaint." The amended complaint must contain a short and plain statement of the grounds for the Court's jurisdiction. *See* Fed. R. Civ. P. 8(a)(1). Additionally, the amended complaint must contain a short and plain statement describing the underlying case and Defendants' conduct that constitutes discrimination. *See* Fed. R. Civ. P. 8(a)(2). Although the Federal Rules of Civil Procedure adopt a flexible pleading standard, Plaintiff still must give the Defendants fair notice of Plaintiff's claims against it and Plaintiff's entitlement to relief.

Plaintiff is advised that if he files an amended complaint, the original complaint (ECF No. 1-1) no longer serves any function in this case. As such, the amended complaint must be complete in and of itself without reference to prior pleadings or other documents. The Court cannot refer to a prior pleading or other documents to make Plaintiff's amended complaint complete.

Failure to comply with this Order will result in a recommendation that this action be dismissed.

DATED: January 29, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE