**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Roy El,

                 Plaintiff

v.

City of Las Vegas Detention Center,

                 Defendant

Case No.: 2:19-cv-0951-JAD-EJY

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 13]

       Pro se plaintiff Roy El brings this action regarding his 2018 arrest and pretrial confinement.  El's original complaint was dismissed with leave to amend and instructions for curing the defects.[1]  El filed an amended complaint, and the magistrate judge reviewed it.[2]  The magistrate judge opines that El still fails to state a viable claim and notes that he "has now submitted documentation that belies the ability to amend his complaint a third time to state viable . . . claims."[3]  So she recommends that I dismiss this case with prejudice because amendment would be futile.[4]  The deadline for El to object to that recommendation was November 4, 2020, and he filed no objection or request to extend that deadline.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 6.

[2] ECF No. 12.

[3] ECF No. 13 at 4.

[4] *Id.*

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 13] is ADOPTED** in its entirety.  This action is DISMISSED with prejudice for failure to state a claim, and the Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: November 9, 2020

2